# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

155245(82)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v                                                        SC: 155245
                                                         COA: 326311
ELISAH KYLE THOMAS,                                      Wayne CC: 14-009512-FC
       Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of the Criminal Defense Attorneys of Michigan and the Innocence Project to file a late brief amicus curiae is GRANTED. The amicus brief submitted on September 15, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2017        

Clerk